# IN THE SUPREME COURT OF THE STATE OF NEVADA

PRINCIPAL INVESTMENTS, INC., D/B/A RAPID CASH; GRANITE FINANCIAL SERVICES, INC., D/B/A RAPID CASH; FMMR INVESTMENTS, INC., D/B/A RAPID CASH; PRIME GROUP, INC., D/B/A RAPID CASH; AND ADVANCE GROUP, INC., D/B/A RAPID CASH,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,
Respondents,
   and
CASSANDRA HARRISON; CONCEPCION QUINTINO; AND MARY DUNGAN,
Real Parties in Interest.

No. 61581

**FILED**

JAN 2 5 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss and granting class certification. Having considered the petition and supporting documents, we are not persuaded that petitioner has demonstrated that our extraordinary discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth*

16-02411

*Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Gordon Silver
Ballard Spahr, LLP
Wright, Finlay & Zak, LLP/Las Vegas
Legal Aid Center of Southern Nevada, Inc.
Kemp, Jones & Coulthard, LLP
Eighth District Court Clerk

---

[1]The Honorable Ron D. Parraguirre, Justice, did not participate in the decision of this matter.